**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **NAIBEYE KOUMBARIA** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NUMBER 1:06CV1901** |
| | * | **JUDGE: John D. Bates** |
| v. | * | |
| | * | |
| **UNITED STATES OF AMERICA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO SERVE DEFENDANTS**

Plaintiff, by and through undersigned counsel respectfully moves this honorable Court for an extension of time in which to serve the Defendants in this matter. Counsel will be amending the Complaint to add two additional parties and will need additional time to accomplish this task. To date, none of the parties have been served. Counsel requests approximately 30 days additional time in which to file the affidavits of service on the Defendants.

Wherefore, it is respectfully requested that this Motion be granted.

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **NAIBEYE KOUMBARIA** | * | |
| | * | |
| **Plaintiff,** | * | CASE NUMBER 1:06CV1901 |
| | * | JUDGE: John D. Bates |
| v. | * | |
| | * | |
| **UNITED STATES OF AMERICA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

## POINTS AND AUTHORITIES

1. Rules 6(b) and 15 of the Federal Rules of Civil Procedure.

**2.** The inherent powers of this Court.

**3.** The record herein.

Respectfully submitted,

_____

Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **NAIBEYE KOUMBARIA** | * | |
| | * | |
|     **Plaintiff,** | * | **CASE NUMBER 1:06CV1901** |
| | * | **JUDGE: John D. Bates** |
| **v.** | * | |
| | * | |
| **UNITED STATES OF AMERICA, et al.** | * | |
| | * | |
|     **Defendants.** | * | |

## ORDER

Upon consideration of the foregoing Plaintiff's Motion For Extension of Time To Serve Defendants, it is this ___ day of March, 2007

**ORDERED:** That the Plaintiff's Motion For Extension of Time to Serve Defendants is hereby **GRANTED.**

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC 20004
(202) 393-7347
ATTYBEAS@AOL.COM