AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Naibeye Koumbarla
5125 8th St, NW
Washington, DC 20011

V.

United States of America et al. Gary Nails,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01901

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant) United States Attorney
441 Fourth Street, NW
Washington DC 20001

501 3rd ST. NW
4N

↑

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donna Beasley, Esq.
419 7th St. NW #601
Washington DC 20004

Suite 600

501 3rd ST NW
4th Floor

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      NOV 0 7 2006
CLERK                                DATE

_Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/6/07 |
| NAME OF SERVER (PRINT) Veronia Allen | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Gavy Nails

☐ Returned unexecuted: c/o United States Attorney, 501 3rd St NW

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/6/07
             Date            Signature of Server

717 D St NW, WDC #300
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.