AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Naibeye Koumbaria
5125 8th Street, NW
Washington, DC 20011

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, et al.

CASE NUMBER   1:06CV01901

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

United States Park Police

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donna Beasley, Esq.
419 Seventh Street, NW
Suite 401
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 0 7 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 4/9/2007 |
| NAME OF SERVER (PRINT) Veronia Alla | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: U.S. Park Police

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/2007
Date

Signature of Server: Veronia Alla

Address of Server: 717 D ST. NW, WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.