**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAIBEYE KOUMBARIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1901 (JDB) |
| | ) |
| UNITED STATES OF AMERICA, *et al.,* | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO
THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), hereby move this Court to enlarge the time period by which they must file a pleading in response to the plaintiff's complaint until June 8, 2007.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On April 24, 2007, undersigned counsel consulted with plaintiff's counsel, Donna Beasley, who consented to the relief requested in this Motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,

---

[1] Defendant does not waive any of its rights to proper service in the above styled matter, by filing this motion.

Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAIBEYE KOUMBARIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1901 (JDB) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN
RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendant District of Columbia an enlargement of the time period by which to file a responsive pleading to the plaintiff's complaint until June 8, 2007, because:

1. The plaintiff filed suit in this Court on November 7, 2006, alleging, among other things, that he was denied his rights under the 4th, 5th, and 14th Amendments to the United States Constitution by the D.C. government while being detained by the District of Columbia Department of Corrections. According to Plaintiff's Affidavit of Service, the District has until April 25, 2007, to file a pleading in response to her complaint.

2. The District will have to conduct a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading. Because this case involves numerous claims against the District, the District believes that additional time to conduct an investigation is required.

3.  Also named as a defendant in this matter is the United States America.  The due date for the United States to file an Answer or responsive pleading is June 8, 2007.   The District herein requests that it be given until June 8, 2007, as well.

4.  Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2]  The Court has wide discretion to grant such motions.  *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976).  Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

5.  The plaintiff will not be prejudiced by the granting of this Motion.  Plaintiff's has consented to the requested enlargement.

   WHEREFORE, for the reasons stated herein, and with the consent of the plaintiff, defendant District of Columbia requests that this Court expand the time to file a responsive pleading up to and including June 8, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____
   /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1901 (JDB) |
| | ) |
| UNITED STATES OF AMERICA, *et al.,* | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Based on the defendant's consent motion and the facts and law considered, it is this _____

day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the

Complaint no later than June 8, 2007.


_____
Judge John D. Bates
United States District Court