UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA ) <br> 5125 8TH Street, NW ) <br> Washington, DC 20011 ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> UNITED STATES OF AMERICA ) <br> UNITED STATES PARK POLICE ) <br> DEPARTMENT OF INTERIOR ) <br> ) <br> Attorney General of the United States ) <br> 950 Pennsylvania Avenue, NW ) <br> Washington, DC 20530-1000 ) <br> ) <br> and ) <br> ) <br> OFFICER JOHN DOE ) <br> In his individual capacity and official capacity ) <br> as an employee of the United States Park Police ) <br> 950 Pennsylvania Avenue, NW ) <br> Washington, DC 20530-1000 ) <br> ) <br> and ) <br> ) <br> DISTRICT OF COLUMBIA DEPARTMENT OF ) <br> CORRECTIONS ) <br> 1923 Vermont Avenue, NW ) <br> Washington, DC 20004 ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-1901 (JDB) <br> Electronic Case Filing |

| | |
|---|---|
| DISTRICT OF COLUMBIA | ) |
| A Municipal Corporation | ) |
| 1350 Pennsylvania Avenue, NW | ) |
| Washington, DC 20004 | ) |
|  | ) |
|    Robert Spagnoletti, Esq. | ) |
|    District of Columbia Attorney General | ) |
|    441 Fourth Street, NW | ) |
|    Washington, DC 2001 | ) |
|  | ) |
|    and | ) |
|  | ) |
| MAYOR ANTHONY WILLIAMS | ) |
| Mayor of the District of Columbia | ) |
| Office of the Secretary | ) |
| 1350 Pennsylvania Avenue, NW | ) |
| 2ND Floor | ) |
| Washington, DC 20004 | ) |
|  | ) |
|    Defendants. | ) |

<u>ENTRY OF APPEARANCE</u>

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the United States Department of the Interior in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)

Case 1:06-cv-01901-JDB   Document 9   Filed 04/27/2007   Page 3 of 3