# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1901 (JDB) |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT

Defendants District of Columbia (the "District"), hereby move this Court to enlarge the time period by which they must file a pleading in response to the plaintiff's complaint until June 22, 2007.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On June 6, 2007, undersigned counsel consulted with plaintiff's counsel, Donna Beasley, who consented to the relief requested in this Motion.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Acting Attorney General for the
                                                District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General,

---

[1] Defendant does not waive any of its rights to proper service in the above styled matter, by filing this motion.

        Civil Litigation Division

        _____/s/_____
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

        _____/s/_____
        JAMES H. VRICOS [474026]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA,       ) | |
|               Plaintiff,   ) | |
|           v.   ) | Civil No. 06-1901 (JDB) |
| UNITED STATES OF AMERICA, *et al.*,   ) | |
|               Defendants.   ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendant District of Columbia an enlargement of the time period by which to file a responsive pleading to the plaintiff's complaint until June 22, 2007, because:

1. The plaintiff filed suit in this Court on November 7, 2006, alleging, among other things, that he was denied his rights under the 4th and 14th Amendments to the United States Constitution by the D.C. government while being detained by the District of Columbia Department of Corrections.

2. On April 25, 2007, the Court granted the District's consent motion to enlarge the time to file a pleading in response to the plaintiff's complaint. The District's responsive pleading is currently due on June 8, 2007.

3. Because this case involves numerous claims against the District, additional time to complete the District's preliminary investigation is required before it can file an accurate responsive pleading.

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

5. The plaintiff will not be prejudiced by the granting of this Motion. Plaintiff's has consented to the requested enlargement.

WHEREFORE, for the reasons stated herein, and with the consent of the plaintiff, defendant District of Columbia requests that this Court expand the time to file a responsive pleading up to and including June 22, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

   /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

   /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South

---

[2] Rule 6(b) lists certain exceptions-–Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)-–none of which are applicable herein.

2

        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAIBEYE KOUMBARIA. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1901 (JDB) |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Based on the defendant's consent motion and the facts and law considered, it is this _____ day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than June 22, 2007.

```
                                    _____
                                    Judge John D. Bates
                                    United States District Court
```

4