IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA,              ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.                                                ) | Civil No. 06-1901 (JDB) |
| ) | |
| UNITED STATES OF AMERICA, *et al.,*   ) | |
| ) | |
| ) | |
| ) | |
| Defendants.           ) | |
| ) | |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), hereby move this Court to enlarge the time period by which they must file a pleading in response to the plaintiff's complaint until July 2, 2007.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On June 21st and 22nd, 2007, undersigned counsel attempted to contact plaintiff's counsel, Donna Beasley, to seek plaintiff's consent to the above styled motion. Plaintiff's counsel was unavailable on those dates.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

---

[1] Defendant does not waive any of its rights to proper service in the above styled matter, by filing this motion.

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/
_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

    /s/
_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1901 (JDB) |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendant District of Columbia an enlargement of the time period by which to file a responsive pleading to the plaintiff's complaint until July 2, 2007, because:

1. The plaintiff filed suit in this Court on November 7, 2006, alleging, among other things, that he was denied his rights under the 4th and 14th Amendments to the United States Constitution by the D.C. government while being detained by the District of Columbia Department of Corrections.

2. The District's responsive pleading is currently due on June 22, 2007.

3. Undersigned counsel had fully anticipated being able to file a responsive pleading by June 22, 2007. However, on June 21, 2007, the undersigned received word that a family member has fallen gravely ill. Consequently, undersigned counsel will be traveling to Ohio on June 22, 2007, and will therefore be unable to finalize a draft of the District's responsive pleading. Undersigned counsel will most likely be in Ohio until June 27, 2007.

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

5. None of the parties will be prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, and with the consent of the plaintiff, defendant District of Columbia requests that this Court expand the time to file a responsive pleading up to and including July 2, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600

---

[2] Rule 6(b) lists certain exceptions–-Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)–-none of which are applicable herein.

2

                (202) 727-3625 (fax)
                E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAIBEYE KOUMBARIA. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1901 (JDB) |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Based on the defendant's consent motion and the facts and law considered, it is this \_\_\_\_

day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the

Complaint no later than July 2, 2007.

_____
Judge John D. Bates
United States District Court

4