IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1901 (JDB) |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS'
MOTION TO DISMISS**

Defendant District of Columbia Department of Corrections (hereinafter, "D.C. Department of Corrections"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves that this Honorable Court dismiss the plaintiff's complaint against this agency.[1]  The basis for this motion is that the plaintiff's complaint must be dismissed because the "D.C. Department of Corrections" is *non sui juris*.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the
                                            District of Columbia

                                            GEORGE C. VALENTINE

---

[1] Defendant D.C. Department of Corrections does not concede personal jurisdiction by filing this motion.

1

        Deputy Attorney General,
        Civil Litigation Division

        _____/s/_____
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

        _____/s/_____
        JAMES H. VRICOS [474026]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South

## LCvR 7(m) and Fed. R. Civ. P. 7(m) Certifications:

Plaintiff's consent to this motion was not sought because this is a dispositive motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1901 (JDB) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS'
MOTION TO DISMISS**

This Court should dismiss Plaintiff's complaint against the D.C. Department of Corrections pursuant to Federal Rule of Civil Procedure 12(b)(6), because the D.C. Department of Corrections is *non sui juris*.

**BACKGROUND**

On November 8, 2005, the plaintiff was allegedly arrested by the United States Park Police ("Park Police") on an outstanding warrant. (Complaint, ¶'s 8 -13). After being processed by the Park Police, the plaintiff was then "sent to the District of Columbia Detention Facility" where he maintains he was unlawfully detained for approximately one week and then released prior to his court hearing in the District of Columbia Superior Court. (Complaint, ¶'s 17- 33.) On November 7, 2006, plaintiff filed his Complaint with this Court.  In his Complaint, the plaintiff names the "District of Columbia Department of Corrections", among others, as a defendant in this cause of action. (Complaint caption and ¶ 7.)

## *ARGUMENT*

It is well-settled in this jurisdiction that, "in the absence of explicit statutory authorization, bodies within the District of Columbia government are not suable as separate entities." *Kundrat v. District of Columbia*, 106 F. Supp. 2d 1, 7 (D.D.C. 2000) (internal quotation omitted). As stated by the Court in *Kundrat*, "[b]oth this court and the local courts of the District of Columbia have consistently applied this rule to dismiss claims against governmental agencies or departments of the District of Columbia." *Id.* at 5.

Among the subordinate agencies that have been found to be *non sui juris* is the Department of Human Services ("DHS"). *See Trifax Corp. v. District of Columbia*, 53 F. Supp. 2d 20, 26 (D.D.C. 1999) (dismissing DHS as *non sui juris*); *Gallion v. D.C. Dep't of Human Services*, 1992 U.S. Dist. LEXIS 1941, *2 (D.D.C. 1992) (same); *Hinton v. Metropolitan Police Department., Fifth District*, 726 F. Supp. 875 (D.D.C. 1989) (It is "beyond peradventure that [MPD] is *non sui juris."*).

The caption to plaintiff complaint lists the "District of Columbia Department of Corrections" as a defendant and the complaint describes the D.C. Department of Corrections as a Defendant. (Complaint ¶ 7.)

The District of Columbia Department of Corrections is "an agency and organizational subdivision of the government of the District of Columbia." *Jenkins*, 1996 U.S. Dist. LEXIS 10650 at * 4, n. 2. Therefore, it is *non sui juris* and this Court lacks jurisdiction over it. *Id.*; *see also Fields v. District of Columbia Department of Corrections*, 789 F. Supp. 20, 22 (D.D.C. 1992) ("the D.C. Department of Corrections is *non sui juris*, and the Court therefore lacks

jurisdiction over that defendant."). Because the D.C. Department of Corrections is an entity within the District of Columbia government and there is no statutory provision specifically authorizing it to be sued in its own name, the D.C. Department of Corrections must be deemed *non sui juris* and dismissed from the case.

WHEREFORE, Defendant District of Columbia Department of Corrections respectfully requests this Court dismiss plaintiff's complaint.

>
> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the
> District of Columbia
>
>
> GEORGE C. VALENTINE
> Deputy Attorney General,
> Civil Litigation Division
>
> /s/
> PHILLIP A. LATTIMORE, III [422968]
> Chief, General Litigation Sec. III
>
> /s/
> JAMES H. VRICOS [474026]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6600
> (202) 727-3625 (fax)
> E-mail: James.Vricos@dc.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1901 (JDB) |
| | ) |
| UNITED STATES OF AMERICA, *et al.,* | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTION'S MOTION TO DISMISS

Upon consideration of the Defendant District of Columbia Department of Correction's Motion to Dismiss, any opposition thereto and the record herein, and for the reasons set forth in defendant's motion, it is by the Court this _____ day of _____, 2007,

ORDERED:  that the Motion is GRANTED; and it is

FURTHER ORDERED: that the plaintiff's Complaint against the Defendant District of Columbia Department of Corrections is HEREBY DISMISSED.

_____
Judge John D. Bates
United States District Court