UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NAIBEYE KOUMBARIA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1901 (JDB) |
| ) | |
| **UNITED STATES OF AMERICA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND THE TIME FOR THE DISTRICT OF COLUMBIA TO RESPOND TO AND/OR ANSWER THE COMPLAINT**

The District of Columbia, defendant, moves this Court, pursuant to Fed. R. Civ. P. 6(b), for a three week extension of time in which to file an answer and/or respond to the complaint. A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto. The undersigned counsel called counsel for Plaintiff to obtain her consent. However, she could not be reached by telephone. A voicemail message was left.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

　　/s/
PHILLIP A. LATTIMORE, III [422968]
Chief, Civil Litigation Division
General Litigation Section III
Office of Attorney General
441 4th Street, N.W., Suite 6S065
Washington, D.C.  20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NAIBEYE KOUMBARIA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1901 (JDB) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION FOR ENLARGEMENT

The District of Columbia submits this memorandum of points and authorities in support of its motion for enlargement.

1. The District of Columbia requests an additional three week extension of time to answer the complaint or to otherwise file a responsive pleading. The attorney currently assigned to defend this case (Mr. Vricos) recently rotated out of the Division. Accordingly, the District has to reassign this case to another attorney, who needs to review the file and collect the necessary agency materials in order to appropriately respond to the complaint.

2. Moreover, the remaining attorneys in this section are either on vacation or on paternity leave, which necessitates a three week extension.

3. Finally, counsel for Plaintiff left a voicemail message with the undersigned informing the District that she would be filing a motion with the court to withdraw her appearance as counsel for Plaintiff due to a conflict, and that she would be requesting the Court to grant Plaintiff 30 days to obtain counsel so that he could

prosecute his case. In light of the motion that Plaintiff is expected to file, the District's request to extend the time in which it is to file an answer or other pleading in this case should not prejudiced the Plaintiff in this case.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General,
                Civil Litigation Division

                /s/
                PHILLIP A. LATTIMORE, III [422968]
                Chief, Civil Litigation Division
                General Litigation Section III
                Office of Attorney General
                441 4th Street, N.W., Suite 6S065
                Washington, D.C. 20001
                *Counsel for District of Columbia*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NAIBEYE KOUMBARIA,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1901 (JDB) |
| **UNITED STATES OF AMERICA**, *et al*., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the motion for a three week extension of time to file a response to Plaintiff's complaint, the memorandum of points and authorities in support therein, the opposition, if any, and the record in this case, it is hereby, this _____ day of August, 2007;

**ORDERED**: that the District's motion shall be granted;

**FURTHER ORDERED**: that the District shall file an answer or respond to the complaint in this case no later than September 18th, 2007.

_____
JOHN D. BATES
United States District Judge