UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

NAIBEYE KOUMBARIA            *
                             *
    Plaintiff,               *       CASE NUMBER 1:06CV1901
                             *       JUDGE: John D. Bates
v.                           *
                             *
UNITED STATES OF AMERICA, et al.  *
                             *
    Defendants.              *


**PLAINTIFF COUNSEL'S MOTION TO WITHDRAW**

Donna Beasley, counsel for the Plaintiff, Naibeye Koumbaria, hereby moves to withdraw as counsel in the above captioned matter. In support of this Motion, Counsel states the following:

1. Counsel recently learned that she has a conflict of interest with respect to the Plaintiff. The nature of the conflict requires that she withdraw her representation of the Plaintiff.

2. The Plaintiff is currently incarcerated in a criminal matter. Counsel discussed this conflict with the Plaintiff on August 27, 2007.

3. The Plaintiff consents to Counsel's withdrawal from the case.

4. Counsel spoke briefly with the attorney who represents the Plaintiff in the criminal matter and it appears that he may represent the Plaintiff in this matter. However, it is respectfully requested that the Court allow the Plaintiff 60 days to obtain new counsel.

5. Upon information and belief, Plaintiff's criminal trial will commence on September 5, 2007. Since the Plaintiff is currently incarcerated and will be occupied with

the criminal matter, his ability to find and retain counsel is greatly impaired. Therefore, Counsel requests 60 days to allow him sufficient time.

5. The Defendants District of Columbia Department of Corrections and the District of Columbia, through Assistant Attorney General Lattimore, do not oppose this Motion.

6. Counsel was unable to reach Assistant U.S. Attorney Rhonda C. Fields to determine the Department of Interior and United States Park Police position regarding this Motion, but left a voicemail message and sent an email regarding Counsel's intention to file this Motion.

7. The Defendants will not be prejudiced by a continuance of this matter so that the Plaintiff may obtain counsel.

Wherefore, it is respectfully requested that this Motion be granted, that Counsel be permitted to withdraw from this matter and that the Plaintiff be granted 60 days in which to obtain new counsel.

    Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **NAIBEYE KOUMBARIA** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NUMBER 1:06CV1901** |
| | * | **JUDGE: John D. Bates** |
| **v.** | * | |
| | * | |
| **UNITED STATES OF AMERICA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

### POINTS AND AUTHORITIES

1. Rules 7(b) of the Federal Rules of Civil Procedure.

2. LCvR 5.1, 7.

**3.** The inherent powers of this Court.

**4.** The record herein.

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **NAIBEYE KOUMBARIA** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NUMBER 1:06CV1901** |
| | * | **JUDGE: John D. Bates** |
| **v.** | * | |
| | * | |
| **UNITED STATES OF AMERICA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

## ORDER

Upon consideration of the foregoing Plaintiff Counsel's Motion To Withdraw, it is this ___ day of August, 2007

**ORDERED:** That the Plaintiff Counsel's Motion To Withdraw is hereby **GRANTED,** and it is further

**ORDERED:** That the Plaintiff shall have 60 days to enter ascertain new counsel in this matter**.**

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM