UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAIBEYE KOUMBARIA,          :
    Plaintiff,               :
                             :   No. 06-1901
v.                           :   Judge Bates
                             :
UNITED STATES OF AMERICA, et, al., :
    Defendants.              :

## ANSWER BY THE DISTRICT OF COLUMBIA

The District of Columbia submits its answer to Plaintiff's complaint.

### JURISDICTION

1. The District neither admits nor denies jurisdiction in this case.

### PARTIES

2. The District has no knowledge of Plaintiff's residence. All other allegations are denied.

3. The District has no knowledge about this allegation. It is denied.

4. The District has no knowledge about this allegation. It is denied.

5. The District has no knowledge about this allegation. It is denied.

6. Denies.

7. Admit

### STATEMENT OF FACTS

8-24. The District has no knowledge about the allegations contained in these paragraphs of the complaint. Accordingly, they are denied.

25. This District denies this legal conclusion.

## COUNT I

26. The District adopts and incorporates its previous answers of 1-25 to this complaint herein.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## COUNT II

31. The District adopts and incorporates its previous answers of 1-30 to this complaint herein.

32. Denied.

## COUNT III

33. The District adopts and incorporates its previous answers of 1-32 to this complaint herein.

34. Denied.

## COUNT IV

35. The District adopts and incorporates its previous answers of 1-34 to this complaint herein.

36. Denied.

37. Denied.

## COUNT V

38. The District adopts and incorporates its previous answers of 1-37 to this complaint herein.

39. Denied.

40. Denied.

41. Denied.

## COUNT VI

42. The District adopts and incorporates its previous answers of 1-41 to this complaint herein.

43. Denied.

44. Denied.

## COUNT VII

45. The District adopts and incorporates its previous answers of 1-44 to this complaint herein.

46. The District has no knowledge of this allegation. If answer is required, it is denied.

47. Denied.

48. Denied.

49. Denied.

## COUNT VIII

50. The District adopts and incorporates its previous answers of 1-49 to this complaint herein.

50. Denied.

## FIRST DEFENSE

Plaintiff's complaint fails to state a basis upon which relief can be granted.

## SECOND DEFENSE

The actions of the District's employees were taken in good faith and with a reasonable belief of their lawfulness, and may have been the result of privilege. Plaintiff's claims against defendants may be barred by the doctrines of either absolute or

qualified immunity. In addition, the actions of the District employees are protected by the discretionary governmental function doctrine.

### THIRD DEFENSE

The actions of the District and its agents complied with all applicable laws and met or exceeded all applicable standards of care.

### FOURTH DEFENSE

If plaintiff was injured and/or damaged, such injuries and damages were the result of his own sole or contributory negligence and/or his assumption of risk.

### FIFTH DEFENSE

The action may be barred by the doctrine of laches and/or the applicable statutes of limitations.

### SIXTH DEFENSE

Plaintiff may have failed to mitigate his damages.

### SEVENTH DEFENSE

Plaintiff's claims are barred by his failure to satisfy the notice requirements of D.C. Code 12-309.

### EIGHTH DEFENSE

The D.C. Department of Corrections is *non sui juris*.

### NINTH DEFENSE

The District of Columbia is not liable for the actions of the U.S. Government.

### TENTH DEFENSE

The District of Columbia is not liable for the actions of employees who were engaged in conduct outside the scope of his or her employment.

### ELEVENTH DEFENSE

The District claims a set-off for any and all funds paid to Plaintiff for Medicaid and any and all other public assistance.

WHEREFORE, the District reserves its right to have a trial by jury and requests that this matter be dismissed with prejudiced, and/or judgment be entered in its favor and that Plaintiff pays its costs.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, Civil Litigation Division
General Litigation Section III
Office of Attorney General
441 4th Street, N.W., Suite 6S065
Washington, D.C.  20001

**CERTIFICATE OF SERVICE**

I certify that a copy of this motion was served by first class mail, postage prepaid, on September 19, 2007, on the following:

Naibeye Koumbaria
5125 8th Street, NW
Washington, DC  20011

_____
Phillip A. Lattimore III
Chief, General Litigation Section III
Office of Attorney General

5