# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No. 06-1901 (JDB) |
| | : |
| UNITED STATES OF AMERICA, *et. al.,* | : |
| | : |
| Defendants. | : |

## NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim, Assistant Attorney General, on behalf of the Defendants District of Columbia and the District of Columbia Department of Corrections, and **withdraw** the appearance of George Rickman, as attorney of record.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295
E-mail: Michael.bruckheim@dc.gov;