

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAIBEYE KOUMBARIA,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 06-1901 (JDB)

### ORDER

On June 5, 2007 defendant the United States moved to dismiss the complaint in this case. Similarly, on July 2, 2007 defendant District of Columbia Department of Corrections also moved to dismiss the complaint. This Court ordered plaintiff to respond to those dispositive motions by not later than August 28, 2007. On that date, plaintiff's counsel withdrew and the Court permitted plaintiff forty-five days -- but not later than October 8, 2007 -- to obtain new counsel. To date, no additional counsel for plaintiff has entered an appearance nor has plaintiff otherwise responded to the motions referenced above.

By not later than January 28, 2008, plaintiff shall either: (1) secure new counsel and have counsel accordingly enter an appearance; or (2) respond to the pending dispositive motions pro se. If plaintiff decides to represent himself pro se, he should note that in Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district



court granting the motion and dismissing the case." Id. at 509.

Therefore, this Court wishes to advise plaintiff that he must respond to defendants' previously filed motions by not later than January 28, 2008 if he proceeds pro se. If plaintiff does not respond, the court will treat the motions as conceded and dismiss the complaint without prejudice.

**SO ORDERED**.

/s/ John D. Bates
John D. Bates
United States District Judge

Dated:   December 31, 2007