UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAIBEYE KOUMBARIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | **FILED**<br>JAN 3 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 06-1901 (JDB) |

## ORDER

Plaintiff Naibeye Koumbaria brought this civil action asserting various claims against the District of Columbia, the District of Columbia Department of Corrections, and the United States Park Police arising out of plaintiff's alleged false arrest and imprisonment. Service was completed upon all defendants by April 9, 2007. The United States moved to dismiss the complaint on June 5, 2007. Similarly, on July 2, 2007 defendant District of Columbia Department of Corrections also moved to dismiss the complaint. Plaintiff's counsel withdrew on August 28, 2007, at which time the Court granted plaintiff forty-five days to obtain new counsel. Plaintiff did not do so. On December 31, 2007 the Court issued an Order requiring plaintiff to either obtain new counsel by January 28, 2008 or respond to the dispositive motions pro se by not later than that date. Plaintiff performed neither task.

As the December 31, 2007 Order indicated, the Court will now treat the two pending dispositive motions as conceded. Accordingly, the complaint is dismissed without prejudice with respect to the United States and the District of Columbia Department of Corrections. The

remaining defendant in this action, the District of Columbia, answered the complaint on September 18, 2007. Plaintiff has taken no further action to pursue his claim against the District. Pursuant to LCvR 83.23, this Court (on its own motion) has authority to dismiss a claim without prejudice for failure to prosecute and such action is appropriate in this instance. The Court is cognizant of the fact that plaintiff is proceeding pro se and, in fact, is currently incarcerated. Plaintiff's delay in prosecution here has not prejudiced defendants to such a degree that it would warrant dismissing the complaint with prejudice.

Accordingly, upon consideration of the entire record herein, and for the foregoing reasons, it is hereby **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** with respect to all defendants.

**SO ORDERED**.

/s/ John D. Bates
John D. Bates
United States District Judge

Dated: January 29, 2008